No. 95–1295.  DAYTON AREA VISUALLY IMPAIRED PERSONS, INC., ET AL. v. MONTGOMERY, ATTORNEY GENERAL OF OHIO,

ET AL. C. A. 6th Cir. Certiorari denied.